**Dismissed and Memorandum Opinion filed September 29, 2016.**



In The

# Fourteenth Court of Appeals

### NO. 14-16-00369-CV

## IN THE MATTER OF THE MARRIAGE OF KIMBERLY KOENIG AND CHARLES HEATH KOENIG

**On Appeal from the 300th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 70204**

## M E M O R A N D U M    O P I N I O N

This is an attempted appeal from temporary orders pursuant to Texas Family Code section 109.001. Section 109.001(c) states that a temporary order rendered under section 109.001 is not subject to interlocutory appeal. The provision in section 109.001(c) prohibiting an interlocutory appeal has been construed to mean that an appellate court lacks jurisdiction in the pending appeal over a complaint about the denial of a temporary order rendered during the appeal. *In re Merriam*, 228 S.W.3d 413, 415 (Tex. App.—Beaumont 2007, no pet.). Mandamus is the

appropriate remedy to attack a temporary order under section 109.001. *Marcus v. Smith*, 313 S.W.3d 408, 416 (Tex. App.—Houston [1st Dist.] 2009, no pet.).

On August 12, 2016, notification was transmitted to the parties of this court's intention to dismiss the appeal for want of jurisdiction unless appellant filed a response demonstrating grounds for continuing the appeal on or before August 22, 2016. *See* Tex. R. App. P. 42.3(a). Appellant's response fails to demonstrate that this court has jurisdiction over the appeal.

The appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Busby, Donovan, and Brown.